IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN W. HUGHES,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:09-CV-5014-RJB-JRC<br><br>ORDER AMENDING THE BRIEFING SCHEDULE |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before July 27, 2009;
- Plaintiff shall file the optional Reply Brief on or before August 10, 2009; and
- Any request for oral argument shall be made on or before August 17, 2009.

DATED this 8th day of July 2009.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:09-CV-5014-RJB-JRC]