# United States District Court

WESTERN DISTRICT OF WASHINGTON

KEVIN W. HUGHES

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE

CASE NUMBER: C09-5014RJB-JRC

    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

2. Judgment is for the Plaintiff and the file shall be closed.


July 21, 2009                                           BRUCE RIFKIN
                                                                                                Clerk


                                                                                   */s/ Jennie L. Patton*
                                                                                 Deputy Clerk