# United States District Court

WESTERN DISTRICT OF WASHINGTON

KEVIN W. HUGHES

v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-05014RJB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court hereby awards Plaintiff's counsel, Robert A. Friedman $3,254.57 in attorney fees and $48.27 in expenses under the Equal Access to Justice Act, 28 U.S.C. §2412(a), (d), and $15.75 in costs under the Equal Access to Justice Act, 28 U.S.C. § 1920, for a total award of $3,318.59.

|  |  |
|---|---|
| August 26, 2009 | BRUCE RIFKIN |
|  | Clerk |
|  | /s/ Jennie L. Patton |
|  | By, Deputy Clerk |